NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SAMUEL LENKER,                        )
                                      )
          Appellant,                  )
                                      )
v.                                    )     Case No. 2D13-3509
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____)

Opinion filed December 3, 2014.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.



BLACK, Judge.

In this <u>Anders</u>[1] appeal, we affirm Samuel Lenker's convictions and sentences without comment.  However, we remand for entry of a corrected written revocation order reflecting that Lenker was only adjudicated guilty of and sentenced on counts 2-13.  <u>See</u> <u>Willingham v. State</u>, 48 So. 3d 173 (Fla. 2d DCA 2010).

Affirmed; remanded with directions.

KELLY and WALLACE, JJ., Concur.

---

[1]<u>Anders v. California</u>, 386 U.S. 738 (1967).